**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **LGNY Store, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **FDBA  Fairway Lake Grove LLC**<br>        **Fairway Market (Trade Name)** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **90-1020027** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2284 12th Avenue**<br>**New York, NY 10027**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **New York**<br>County | **Location of principal assets, if different from principal place of business**<br>**3200 Middle Country Road Lake Grove, NY 11755**<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **LGNY Store, LLC**                                                                    Case number *(if known)* _____
_____
Name

**7.   Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__4451__

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____

District _____ When _____ Case number _____

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ☐ No

☑ Yes.

List all cases. If more than 1, attach a separate list

Debtor    **See Attachment** _____ Relationship _____

District _____ When _____ Case number, if known _____

Debtor    **LGNY Store, LLC**                                         Case number (*if known*) _____
          Name

---

**11.  Why is the case filed in**     *Check all that apply:*
**this district?**
☑  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or**     ☑ **No**
**have possession of any**
**real property or personal**     ☐ **Yes.**  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property that needs**
**immediate attention?**

**Why does the property need immediate attention?** (*Check all that apply.*)

☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐  It needs to be physically secured or protected from the weather.

☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐  Other _____

**Where is the property?**     _____
                               Number, Street, City, State & ZIP Code

**Is the property insured?**

☐  No

☐  Yes.    Insurance agency    _____
           Contact name         _____
           Phone                _____

---

█   **Statistical and administrative information**

**13.  Debtor's estimation of**     .    *Check one:*
**available funds**
☐  Funds will be available for distribution to unsecured creditors.

☑  After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of**
**creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☑ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☑ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **LGNY Store, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | | |
|---|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. | |
| | I have been authorized to file this petition on behalf of the debtor. | |
| | I have examined the information in this petition and have a reasonable belief that the information is trued and correct. | |
| | I declare under penalty of perjury that the foregoing is true and correct. | |

Executed on    **December  2, 2016**
                          MM / DD / YYYY

**X**    /s/John E. Murphy _____        **John E. Murphy** _____
Signature of authorized representative of debtor                   Printed name

Title    **Chief Executive Officer** _____

---

**18. Signature of attorney**

**X**  /s/Frank A. Oswald _____        Date **December  2, 2016** _____
Signature of attorney for debtor                                                                MM / DD / YYYY

**Frank A. Oswald** _____
Printed name

**Togut, Segal & Segal LLP** _____
Firm name

**One Penn Plaza, Suite 3335, New York, New York 10119** _____
Number, Street, City, State & ZIP Code

Contact phone  **212-594-5000** _____    Email address  **frankoswald@teamtogut.com** _____

_____
Bar number and State

Debtor   **LGNY Store, LLC**                                                                    Case number (*if known*) _____
         Name

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK _____

Case number (*if known*) _____     Chapter   **7**

☐ Check if this an
  amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Fairway Group Holdings Corp.** | | Relationship to you | | **Parent** |
| District | **Southern District of New York** | When | **5/02/16** | Case number, if known | **16-11241 (MEW)** |
| Debtor | **Fairway Staten Island LLC** | | Relationship to you | | **Affiliate** |
| District | **Southern District of New York** | When | **5/02/16** | Case number, if known | **16-11263 (MEW)** |

**Fill in this information to identify the case:**

Debtor name    **LGNY Store, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 2, 2016**        *x* /s/John E. Murphy
                                            Signature of individual signing on behalf of debtor

                                            **John E. Murphy**
                                            Printed name

                                            **Chief Executive Officer**
                                            Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                   Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **LGNY Store, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.................................................................................................    $        **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.............................................................................................    $        **40,030.00**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*...............................................................................................    $        **40,030.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    **99,499,507.92**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $        **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$    **10,342,195.19**

4.  Total liabilities ........................................................................................................................
    Lines 2 + 3a + 3b        $    **109,841,703.11**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**LGNY Store, LLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF NEW YORK__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$0.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **Bank of America** | **Depository** | 3479 | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$0.00** |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. Does the debtor have any accounts receivable?

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. Does the debtor own any investments?

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **LGNY Store, LLC**                                                    Case number *(If known)* _____
_____
Name

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**HVAC Equipment (rooftop) - Vendor: Lennox Industries Inc.** | **Unknown** | **N/A** | **Unknown** |
| **Penthouse Refrigeration (HVAC System) - Vendor: Munters Corporation** | **Unknown** | **N/A** | **Unknown** |
| **HVAC Equipment - Vendor: Hill Phoenix Excellence** | **Unknown** | **N/A** | **Unknown** |
| **Exhaust Fans - Vendor: Captive-Aire Systems Inc.** | **$37,845.00** | **Appraisal** | **$40,030.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **LGNY Store, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**51.  Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

$40,030.00

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
■ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No
■ Yes

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.      Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Grocery store facility on real property known as DSW Shopping Center located at 3200 Middle Country Road, Lake Grove, NY 11755.  Surrendered to landlord on August 16, 2016.** | Leasehold | Unknown | | Unknown |

**56.  Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$0.00

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

## Part 11:    All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Debtor    **LGNY Store, LLC**
Name
Case number *(If known)*

Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | **LGNY Store, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

---

Part 12:    **Summary**

---

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $40,030.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $40,030.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $40,030.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **LGNY Store, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

## Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|
| **2.1** **Credit Suisse AG, Cayman**<br>Creditor's Name<br>**Islands Branch, as admin agent**<br>**Eleven Madison Avenue**<br>**New York, NY 10010**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**All personal property** | $99,499,507.92 | $40,030.00 |

Creditor's email address, if known

Describe the lien
**lien**

Is the creditor an insider or related party?
☐ No
☑ Yes

Date debt was incurred
**July 3, 2016**
Last 4 digits of account number

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Do multiple creditors have an
interest in the same property?
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☑ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.          **$99,499,507.92**

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did<br>you enter the related creditor? | Last 4 digits of<br>account number for<br>this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name   **LGNY Store, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**100% All Natural**<br>**202 Front Street**<br>**Schenectady, NY 12305**<br><br>Date(s) debt was incurred  7/22/2015<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $207.70 |
| **3.2** Nonpriority creditor's name and mailing address<br>**Fairway Group Central Service LLC**<br>**2284 12th Avenue**<br>**New York, NY 10027**<br><br>Date(s) debt was incurred  Various<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $10,327,910.00 |
| **3.3** Nonpriority creditor's name and mailing address<br>**Lake Grove Owners, LLC**<br>**c/o Prestige Properties and De**<br>**546 Fifth Avenue, 15th Floor**<br>**New York, NY 10036**<br><br>Date(s) debt was incurred  September 28, 2013<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |
| **3.4** Nonpriority creditor's name and mailing address<br>**Mitchel L Mitchel Waste Servs**<br>**PO BOX 101**<br>**Port Jefferson, NY 11777-0101**<br><br>Date(s) debt was incurred  multiple<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $4,349.70 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      31611      Best Case Bankruptcy

| Debtor | **LGNY Store, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$105.00** |
|---|---|---|---|

**Sabanero NY Distribution Corp**
**19-34 38th Street**
**Astoria, NY 11105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _1/4/2016_

Last 4 digits of account number  _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,592.79** |
|---|---|---|---|

**STCR Business Systems, Inc.**
**10 Prospect Street**
**Endwell, NY 13760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _4/25/2016_

Last 4 digits of account number  _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** |
|---|---|---|---|

**Telecheck Services, Inc.**
**PO BOX 60028**
**City of Industry, CA 91716-0028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _09/30/2016_

Last 4 digits of account number  _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 10,342,195.19 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 10,342,195.19 |

**Fill in this information to identify the case:**

Debtor name    **LGNY Store, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property*
      (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest **Maintenance Agreement** State the term remaining List the contract number of any government contract | **Acme Retail Systems 310 Hudson Street Hackensack, NJ 07601** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest **Maintenance Agreement** State the term remaining List the contract number of any government contract | **CDW Direct 200 N. Milwaukee Ave. Vernon Hills, IL 60061** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest **Lease Between Lake Grove Owners, LLC, Landlord, and Fairway Lake Grove LLC, Tenant, dated as of September 26, 2013. Property surrendered to landlord on August 16, 2016.** State the term remaining List the contract number of any government contract | **Lake Grove Owners, LLC c/o Prestige Properties and De 546 Fifth Avenue, 15th Floor New York, NY 10036** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest **Merchant Services** State the term remaining List the contract number of any | **Off-Campus Advantage, LLC c/o CBORD 61 Brown Road Ithaca, NY 14850** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **LGNY Store, LLC**                                                    Case number *(if known)* _____
         First Name          Middle Name          Last Name

███ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Maintenance Agreement** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **STCR Business Systems, Inc.**<br>**10 Prospect Street**<br>**Endwell, NY 13760** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Merchant Services - credit card processing** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Vantiv Holdings LLC**<br>**8500 Governors Hill Drive**<br>**Symmes Township, OH 45249** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **LGNY Store, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Fairway Bakery LLC** | **2284 12th Avenue New York, NY 10027** | **Credit Suisse AG, Cayman** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Fairway Broadway LLC** | **2284 12th Avenue New York, NY 10027** | **Credit Suisse AG, Cayman** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Fairway Chelsea LLC** | **2284 12th Avenue New York, NY 10027** | **Credit Suisse AG, Cayman** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Fairway Construction Grp., LLC** | **2284 12th Avenue New York, NY 10027** | **Credit Suisse AG, Cayman** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | **Fairway Douglaston LLC** | **2284 12th Avenue New York, NY 10027** | **Credit Suisse AG, Cayman** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | **LGNY Store, LLC** | Case number *(if known)* | |
|---|---|---|---|

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| 2.6 | **Fairway East 86th Street LLC** | **2284 12th Avenue New York, NY 10027** | **Credit Suisse AG, Cayman** | ▪ D ___2.1___ ☐ E/F _____ ☐ G _____ |
|---|---|---|---|---|
| 2.7 | **Fairway eCommerce LLC** | **2284 12th Avenue New York, NY 10027** | **Credit Suisse AG, Cayman** | ▪ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.8 | **Fairway Georgetowne LLC** | **2284 12th Avenue New York, NY 10027** | **Credit Suisse AG, Cayman** | ▪ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.9 | **Fairway Greenwich Street LLC** | **2284 12th Avenue New York, NY 10027** | **Credit Suisse AG, Cayman** | ▪ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.10 | **Fairway Group Acquisition Co.** | **2284 12th Avenue New York, NY 10027** | **Credit Suisse AG, Cayman** | ▪ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.11 | **Fairway Group Central Services** | **2284 12th Avenue New York, NY 10027** | **Credit Suisse AG, Cayman** | ▪ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.12 | **Fairway Group Holdings Corp.** | **2284 12th Avenue New York, NY 10027** | **Credit Suisse AG, Cayman** | ▪ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.13 | **Fairway Group Plainview LLC** | **2284 12th Avenue New York, NY 10027** | **Credit Suisse AG, Cayman** | ▪ D ___2.1___ ☐ E/F _____ ☐ G _____ |

| Debtor | **LGNY Store, LLC** | Case number *(if known)* | |
|---|---|---|---|

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.14 | **Fairway Hudson Yards LLC** | 2284 12th Avenue New York, NY 10027 | **Credit Suisse AG, Cayman** | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.15 | **Fairway Kips Bay LLC** | 2284 12th Avenue New York, NY 10027 | **Credit Suisse AG, Cayman** | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.16 | **Fairway Nanuet LLC** | 2284 12th Avenue New York, NY 10027 | **Credit Suisse AG, Cayman** | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.17 | **Fairway Paramus LLC** | 2284 12th Avenue New York, NY 10027 | **Credit Suisse AG, Cayman** | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.18 | **Fairway Pelham LLC** | 2284 12th Avenue New York, NY 10027 | **Credit Suisse AG, Cayman** | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.19 | **Fairway Pelham Wines & Spirits** | 2284 12th Avenue New York, NY 10027 | **Credit Suisse AG, Cayman** | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.20 | **Fairway Red Hook LLC** | 2284 12th Avenue New York, NY 10027 | **Credit Suisse AG, Cayman** | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.21 | **Fairway Stamford LLC** | 2284 12th Avenue New York, NY 10027 | **Credit Suisse AG, Cayman** | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **LGNY Store, LLC** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.22 | **Fairway Stamford Wines & Spiri** | 2284 12th Avenue<br>New York, NY 10027 | **Credit Suisse AG, Cayman** | ■ D  __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.23 | **Fairway Staten Island LLC** | 2284 12th Avenue<br>New York, NY 10027 | **Credit Suisse AG, Cayman** | ■ D  __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.24 | **Fairway Uptown LLC** | 2284 12th Avenue<br>New York, NY 10027 | **Credit Suisse AG, Cayman** | ■ D  __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.25 | **Fairway Westbury LLC** | 2284 12th Avenue<br>New York, NY 10027 | **Credit Suisse AG, Cayman** | ■ D  __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.26 | **Fairway Woodland Park LLC** | 2284 12th Avenue<br>New York, NY 10027 | **Credit Suisse AG, Cayman** | ■ D  __2.1__<br>☐ E/F _____<br>☐ G _____ |

| Fill in this information to identify the case: |
|---|

Debtor name   **LGNY Store, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **4/01/2016** to **Filing Date** | ☑ Operating a business<br>☐ Other  _____ | **$4,570,658.00** |
| **For prior year:**<br>From  **4/01/2015** to  **3/31/2016** | ☑ Operating a business<br>☐ Other  _____ | **$19,517,675.00** |
| **For year before that:**<br>From  **07/01/2014** to  **3/31/2015** | ☑ Operating a business<br>☐ Other  _____ | **$19,723,409.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☑ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **LGNY Store, LLC**                                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **AAA Refrigeration Service, Inc. 1804 Nereid Avenue Bronx, NY 10466** | 9/1/2016 | $41,929.25 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.2. **Navco Networks & Security 1041 N. PacifiCenter Drive Anaheim, CA 92806** | 9/21/2016 | $7,429.85 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.3. **R & C Mechanical, LLC 41 Seton Hall Drive Freehold, NJ 07728** | 9/8/2016 | $16,032.21 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.4. **PSEG Long Island PO BOX 888 Hicksville, NY 11802** | 9/14/2016 | $48,644.02 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other___ |
| 3.5. **Winters Bros. Hauling of Long Island LLC 1198 Prospect Avenue Westbury, NY 11590** | 08/31/2016 09/28/2016 | $9,416.09 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Fairway Group Acquisition Company 2284 12th Avenue New York, NY 10027 Parent** | **Various; see addendum** | $10,758,779.48 | **daily cash sweeps; central cash management** |
| 4.2. **Fairway Group Plainview LLC 2284 12th Avenue New York, NY 10027 Affiliate** | **Various** | $50,783.94 | **intercompany inventory transfers; see addendum** |
| 4.3. **Fairway Douglaston LLC 2284 12th Avenue New York, NY 10027 Affiliate** | **Various** | $46,922.20 | **intercompany inventory transfers; see addendum** |

Debtor    **LGNY Store, LLC**                                                          Case number *(if known)* _____

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.4.  **Fairway Westbury LLC** **2284 12th Avenue** **New York, NY 10027** **Affiliate** | **Various** | **$40,692.50** | **intercompany inventory transfers; see addendum** |
| 4.5.  **Fairway Bakery LLC** **2284 12th Avenue** **New York, NY 10027** **Affiliate** | **Various** | **$43,765.58** | **intercompany inventory transfers; see addendum** |
| 4.6.  **Fairway Group Central Service LLC** **2284 12th Avenue** **New York, NY 10027** **Affiliate** | **September 2016** | **$3,072,090.00** | **intercompany debts; see addendum** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Lake Grove Owners, LLC v. Edward C. Arditte, Fairway Lake Grove LLC, Fairway Group Acquisition Co., and John Does 1-3 and XYZ LLC's 1-3** **613858/2016** | **Contract** | **Supreme Court of the State of New York,** **County of Suffolk** **Chief Clerk's Office** **1 Court Street** **Riverhead, NY 11901** | ☑ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☑ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1000

Debtor    **LGNY Store, LLC**                                    Case number *(if known)* _____

---

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

---

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **LGNY Store, LLC**                                                    Case number *(if known)* _____

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:    Details About Environment Information**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **LGNY Store, LLC** _____    Case number *(if known)* _____

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
| --- | --- |
| 26a.1.    **Fairway Group Central Services LLC<br>Accounting Department<br>2284 12th Avenue<br>New York, NY 10027** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Debtor    LGNY Store, LLC _____    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Grant Thornton LLP** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Fairway Group Central Services LLC**<br>**2284 12th Avenue**<br>**New York, NY 10027** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1.    Chris Baumbusch – General Manager | **Non-perishable inventory dates - 09/12/14, 02/24/15, 7/28/15, 12/16/15 (Perishable inventory counted monthly)** | **09/12/14 - $1,608,395**<br>**02/24/15 - $1,448,760**<br>**07/28/15 - $1,308,329**<br>**12/16/15 - $1,346,327**<br>**All inventories accounted for by Retail method** |

| Name and address of the person who has possession of inventory records |
|---|
| **Counters - RGIS**<br>**33 East 33rd Street, Suite 902**<br>**New York, NY 10016** |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John E. Murphy | | Chief Executive Officer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dorothy Carlow | | EVP and Chief Merchandising Officer | |

Debtor    **LGNY Store, LLC**                                                          Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Nathalie Augustin** | | **SVP and General Counsel** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kevin McDonnell** | | **Member of the Board of Directors; Manager** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Fairway Group Acquisition Company** | **2284 12th Street**<br>**New York, NY 10027** | **Equity Holder** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Edward Arditte** | | **Member of the Board of Directors; Manager** | **February 19, 2014 - July 5, 2016** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Fairway Group Holdings Corp.** | **EIN:     20-5942788** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true

Debtor    **LGNY Store, LLC**                                              Case number *(if known)*

and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __December 2, 2016__

/s/John E. Murphy                                **John E. Murphy**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

In re LGNY Store, LLC

**Question 4.1 Addendum - Schedule of Transfers to Fairway Group Acquisition Company**
**(Depository Account Sweeps) - December 2, 2015 - Petition Date**

| Date | Amount |
|------|--------|
| 12/02/2015 | $36,163.20 |
| 12/03/2015 | $38,200.65 |
| 12/04/2015 | $33,671.35 |
| 12/07/2015 | $126,036.91 |
| 12/08/2015 | $68,330.48 |
| 12/09/2015 | $33,549.38 |
| 12/10/2015 | $38,962.55 |
| 12/11/2015 | $36,452.92 |
| 12/14/2015 | $128,807.56 |
| 12/15/2015 | $70,824.13 |
| 12/16/2015 | $41,771.97 |
| 12/17/2015 | $42,889.25 |
| 12/18/2015 | $35,437.60 |
| 12/21/2015 | $150,880.08 |
| 12/22/2015 | $85,171.58 |
| 12/23/2015 | $62,110.56 |
| 12/24/2015 | $96,149.91 |
| 12/28/2015 | $300,871.31 |
| 12/29/2015 | $45,878.30 |
| 12/30/2015 | $40,024.96 |
| 12/31/2015 | $49,835.95 |
| 01/04/2016 | $253,774.32 |
| 01/05/2016 | $67,410.17 |
| 01/06/2016 | $41,742.08 |
| 01/07/2016 | $37,239.24 |
| 01/08/2016 | $38,783.57 |
| 01/11/2016 | $144,478.40 |
| 01/12/2016 | $68,188.71 |
| 01/13/2016 | $46,867.69 |
| 01/14/2016 | $42,940.57 |
| 01/15/2016 | $33,315.22 |
| 01/19/2016 | $220,264.20 |
| 01/20/2016 | $56,829.48 |
| 01/21/2016 | $47,065.67 |
| 01/22/2016 | $48,138.34 |
| 01/25/2016 | $164,703.44 |
| 01/26/2016 | $57,868.71 |
| 01/27/2016 | $33,677.92 |
| 01/28/2016 | $41,524.05 |
| 01/29/2016 | $35,078.77 |

| Date | Amount |
|------|--------|
| 02/01/2016 | $154,489.47 |
| 02/02/2016 | $78,615.21 |
| 02/03/2016 | $44,407.55 |
| 02/04/2016 | $42,878.88 |
| 02/05/2016 | $29,853.69 |
| 02/08/2016 | $152,125.36 |
| 02/09/2016 | $96,611.26 |
| 02/10/2016 | $27,438.49 |
| 02/11/2016 | $43,627.81 |
| 02/12/2016 | $35,587.20 |
| 02/16/2016 | $207,800.78 |
| 02/17/2016 | $44,778.64 |
| 02/18/2016 | $33,611.82 |
| 02/19/2016 | $32,853.41 |
| 02/22/2016 | $127,736.65 |
| 02/23/2016 | $73,617.70 |
| 02/24/2016 | $38,977.93 |
| 02/25/2016 | $40,497.20 |
| 02/26/2016 | $28,813.92 |
| 02/29/2016 | $130,264.74 |
| 03/01/2016 | $73,360.16 |
| 03/02/2016 | $42,941.56 |
| 03/03/2016 | $38,379.10 |
| 03/04/2016 | $29,070.55 |
| 03/07/2016 | $127,278.34 |
| 03/08/2016 | $70,302.02 |
| 03/09/2016 | $38,525.45 |
| 03/10/2016 | $37,321.50 |
| 03/11/2016 | $32,049.66 |
| 03/14/2016 | $113,569.11 |
| 03/15/2016 | $82,317.23 |
| 03/16/2016 | $31,552.66 |
| 03/17/2016 | $32,114.80 |
| 03/18/2016 | $34,580.99 |
| 03/21/2016 | $133,961.14 |
| 03/22/2016 | $73,617.63 |
| 03/23/2016 | $38,911.91 |
| 03/24/2016 | $37,792.30 |
| 03/25/2016 | $36,793.41 |
| 03/28/2016 | $170,032.67 |
| 03/29/2016 | $58,952.74 |
| 03/30/2016 | $42,802.27 |
| 03/31/2016 | $37,295.53 |

| Date | Amount |
|------|--------|
| 04/01/2016 | $31,642.23 |
| 04/04/2016 | $128,722.63 |
| 04/05/2016 | $70,401.19 |
| 04/06/2016 | $36,545.91 |
| 04/07/2016 | $34,765.88 |
| 04/08/2016 | $28,894.95 |
| 04/11/2016 | $125,079.07 |
| 04/12/2016 | $71,173.06 |
| 04/13/2016 | $42,841.83 |
| 04/14/2016 | $39,717.38 |
| 04/15/2016 | $31,846.87 |
| 04/18/2016 | $118,162.95 |
| 04/19/2016 | $61,510.28 |
| 04/20/2016 | $40,673.09 |
| 04/21/2016 | $38,566.12 |
| 04/22/2016 | $34,207.77 |
| 04/25/2016 | $140,680.47 |
| 04/26/2016 | $61,075.57 |
| 04/27/2016 | $39,466.11 |
| 04/28/2016 | $34,631.59 |
| 04/29/2016 | $29,668.40 |
| 05/02/2016 | $116,158.81 |
| 05/03/2016 | $67,120.68 |
| 05/04/2016 | $38,100.14 |
| 05/05/2016 | $35,076.39 |
| 05/06/2016 | $30,423.75 |
| 05/09/2016 | $132,513.00 |
| 05/10/2016 | $49,551.35 |
| 05/11/2016 | $40,376.03 |
| 05/12/2016 | $31,840.87 |
| 05/13/2016 | $29,733.28 |
| 05/16/2016 | $110,718.89 |
| 05/17/2016 | $67,527.30 |
| 05/18/2016 | $36,159.31 |
| 05/19/2016 | $34,393.66 |
| 05/20/2016 | $26,986.64 |
| 05/23/2016 | $103,806.26 |
| 05/24/2016 | $69,786.16 |
| 05/25/2016 | $33,351.73 |
| 05/26/2016 | $36,130.31 |
| 05/27/2016 | $28,871.27 |
| 05/31/2016 | $197,099.56 |
| 06/01/2016 | $60,981.61 |

| Date | Amount |
|------|--------|
| 06/02/2016 | $38,458.41 |
| 06/03/2016 | $28,247.42 |
| 06/06/2016 | $111,503.66 |
| 06/07/2016 | $60,086.28 |
| 06/08/2016 | $30,113.40 |
| 06/09/2016 | $38,472.12 |
| 06/10/2016 | $27,911.36 |
| 06/13/2016 | $127,205.98 |
| 06/14/2016 | $62,230.22 |
| 06/15/2016 | $37,931.53 |
| 06/16/2016 | $40,274.26 |
| 06/17/2016 | $33,247.40 |
| 06/20/2016 | $132,476.99 |
| 06/21/2016 | $68,004.03 |
| 06/22/2016 | $35,982.84 |
| 06/23/2016 | $32,802.40 |
| 06/24/2016 | $49,005.04 |
| 06/27/2016 | $244,018.19 |
| 06/28/2016 | $97,844.23 |
| 06/29/2016 | $77,729.01 |
| 06/30/2016 | $67,018.12 |
| 07/01/2016 | $57,520.58 |
| 07/05/2016 | $232,040.74 |
| 07/06/2016 | $41,246.38 |
| 07/07/2016 | $47,316.92 |
| 07/08/2016 | $42,440.89 |
| 07/11/2016 | $117,477.11 |
| 07/12/2016 | $48,042.92 |
| 07/13/2016 | $43,052.31 |
| 07/14/2016 | $55,362.91 |
| 07/15/2016 | $31,588.39 |
| 07/18/2016 | $55,959.96 |
| 07/19/2016 | $2,184.90 |
| 07/20/2016 | $4,230.64 |
| 07/26/2016 | $2,750.00 |
| **TOTAL…** | **$10,758,779.48** |

**In re LGNY Store, LLC**

**Questions 4.2-4.5 Addendum - Schedule of Inventory Transfers**

| *FROM* | *TO* | *FROM_DEPT* | *TO_DEPT* | *COUNT* | *TOTAL* |
|---|---|---|---|---|---|
| LGNY Store, LLC | Fairway Group Plainview LLC | BREAD, BAKED GOODS | BREAD, BAKED GOODS | 1 | $94.57 |
| LGNY Store, LLC | Fairway Group Plainview LLC | DELI | DELI | 2 | $2,583.39 |
| LGNY Store, LLC | Fairway Group Plainview LLC | GROCERY | GROCERY | 1 | $49.38 |
| LGNY Store, LLC | Fairway Group Plainview LLC | MEAT | MEAT | 5 | $1,349.07 |
| LGNY Store, LLC | Fairway Group Plainview LLC | ORGANICS | ORGANICS | 1 | $437.90 |
| LGNY Store, LLC | Fairway Group Plainview LLC | PRODUCE | PRODUCE | 2 | $731.68 |
| LGNY Store, LLC | Fairway Group Plainview LLC | SEAFOOD | SEAFOOD | 1 | $665.00 |
| LGNY Store, LLC | Fairway Group Plainview LLC | SPECIALTY GROCERY | SPECIALTY GROCERY | 4 | $1,317.76 |
| LGNY Store, LLC | Fairway Group Plainview LLC | BREAD, BAKED GOODS | BREAD, BAKED GOODS | 1 | $74.52 |
| LGNY Store, LLC | Fairway Group Plainview LLC | CHEESE | CHEESE | 1 | $1,999.14 |
| LGNY Store, LLC | Fairway Group Plainview LLC | COFFEE | COFFEE | 1 | $437.06 |
| LGNY Store, LLC | Fairway Group Plainview LLC | DAIRY | DAIRY | 1 | $1.51 |
| LGNY Store, LLC | Fairway Group Plainview LLC | DELI | DELI | 1 | $571.41 |
| LGNY Store, LLC | Fairway Group Plainview LLC | DRIED FRUITS & NUTS | DRIED FRUITS & NUTS | 1 | $939.81 |
| LGNY Store, LLC | Fairway Group Plainview LLC | FROZEN | FROZEN | 2 | $2,751.73 |
| LGNY Store, LLC | Fairway Group Plainview LLC | GROCERY | GROCERY | 1 | $5,851.20 |
| LGNY Store, LLC | Fairway Group Plainview LLC | MEAT | MEAT | 5 | $4,530.75 |
| LGNY Store, LLC | Fairway Group Plainview LLC | ORGANICS | ORGANICS | 4 | $8,178.57 |
| LGNY Store, LLC | Fairway Group Plainview LLC | PRODUCE | PRODUCE | 3 | $839.29 |
| LGNY Store, LLC | Fairway Group Plainview LLC | SEAFOOD | SEAFOOD | 3 | $6,110.63 |
| LGNY Store, LLC | Fairway Group Plainview LLC | SPECIALTY GROCERY | SPECIALTY GROCERY | 3 | $11,269.57 |
| LGNY Store, LLC | Fairway Douglaston LLC | BREAD, BAKED GOODS | BREAD, BAKED GOODS | 1 | $184.50 |
| LGNY Store, LLC | Fairway Douglaston LLC | DAIRY | DAIRY | 2 | $444.24 |
| LGNY Store, LLC | Fairway Douglaston LLC | DELI | DELI | 2 | $502.40 |
| LGNY Store, LLC | Fairway Douglaston LLC | MEAT | MEAT | 7 | $2,995.12 |
| LGNY Store, LLC | Fairway Douglaston LLC | PRODUCE | PRODUCE | 9 | $5,628.90 |
| LGNY Store, LLC | Fairway Douglaston LLC | SPECIALTY GROCERY | SPECIALTY GROCERY | 1 | $70.20 |
| LGNY Store, LLC | Fairway Douglaston LLC | BREAD, BAKED GOODS | BREAD, BAKED GOODS | 2 | $751.68 |
| LGNY Store, LLC | Fairway Douglaston LLC | CHEESE | CHEESE | 1 | $1,558.96 |
| LGNY Store, LLC | Fairway Douglaston LLC | COFFEE | COFFEE | 1 | $3,260.69 |
| LGNY Store, LLC | Fairway Douglaston LLC | DELI | DELI | 1 | $58.99 |
| LGNY Store, LLC | Fairway Douglaston LLC | DRIED FRUITS & NUTS | DRIED FRUITS & NUTS | 1 | $712.01 |
| LGNY Store, LLC | Fairway Douglaston LLC | GROCERY | GROCERY | 2 | $1,931.38 |
| LGNY Store, LLC | Fairway Douglaston LLC | MEAT | MEAT | 1 | $103.71 |
| LGNY Store, LLC | Fairway Douglaston LLC | ORGANICS | ORGANICS | 2 | $16,250.30 |
| LGNY Store, LLC | Fairway Douglaston LLC | PRODUCE | PRODUCE | 3 | $2,119.66 |
| LGNY Store, LLC | Fairway Douglaston LLC | SEAFOOD | SEAFOOD | 2 | $1,787.30 |
| LGNY Store, LLC | Fairway Douglaston LLC | SPECIALTY GROCERY | SPECIALTY GROCERY | 2 | $8,562.15 |
| LGNY Store, LLC | Fairway Westbury LLC | BREAD, BAKED GOODS | BREAD, BAKED GOODS | 1 | $132.23 |
| LGNY Store, LLC | Fairway Westbury LLC | BREAD, BAKED GOODS | KITCHEN | 5 | $147.56 |
| LGNY Store, LLC | Fairway Westbury LLC | CATERING | KITCHEN | 3 | $77.64 |

| *FROM* | *TO* | *FROM DEPT* | *TO DEPT* | *COUNT* | *TOTAL* |
|---|---|---|---|---|---|
| LGNY Store, LLC | Fairway Westbury LLC | CHEESE | CHEESE | 1 | $136.78 |
| LGNY Store, LLC | Fairway Westbury LLC | DAIRY | DAIRY | 2 | $558.52 |
| LGNY Store, LLC | Fairway Westbury LLC | DELI | KITCHEN | 1 | $8.12 |
| LGNY Store, LLC | Fairway Westbury LLC | FROZEN | FROZEN | 1 | $26.40 |
| LGNY Store, LLC | Fairway Westbury LLC | GROCERY | GROCERY | 1 | $2,559.96 |
| LGNY Store, LLC | Fairway Westbury LLC | GROCERY | KITCHEN | 1 | $8.52 |
| LGNY Store, LLC | Fairway Westbury LLC | MEAT | MEAT | 9 | $2,596.50 |
| LGNY Store, LLC | Fairway Westbury LLC | PRODUCE | PRODUCE | 3 | $2,537.60 |
| LGNY Store, LLC | Fairway Westbury LLC | SPECIALTY GROCERY | KITCHEN | 1 | $6.63 |
| LGNY Store, LLC | Fairway Westbury LLC | SPECIALTY GROCERY | SPECIALTY GROCERY | 2 | $272.50 |
| LGNY Store, LLC | Fairway Westbury LLC | BREAD, BAKED GOODS | BREAD, BAKED GOODS | 2 | $457.58 |
| LGNY Store, LLC | Fairway Westbury LLC | CATERING | KITCHEN | 1 | $253.35 |
| LGNY Store, LLC | Fairway Westbury LLC | CHEESE | CHEESE | 1 | $2,518.15 |
| LGNY Store, LLC | Fairway Westbury LLC | COFFEE | COFFEE | 1 | $6,892.79 |
| LGNY Store, LLC | Fairway Westbury LLC | DAIRY | DAIRY | 1 | $287.41 |
| LGNY Store, LLC | Fairway Westbury LLC | DELI | DELI | 1 | $568.56 |
| LGNY Store, LLC | Fairway Westbury LLC | DRIED FRUITS & NUTS | DRIED FRUITS & NUTS | 1 | $289.39 |
| LGNY Store, LLC | Fairway Westbury LLC | GROCERY | GROCERY | 1 | $5,035.23 |
| LGNY Store, LLC | Fairway Westbury LLC | KOSHER MEAT | KOSHER MEAT | 1 | $511.23 |
| LGNY Store, LLC | Fairway Westbury LLC | MEAT | MEAT | 3 | $653.33 |
| LGNY Store, LLC | Fairway Westbury LLC | ORGANICS | ORGANICS | 1 | $6,914.64 |
| LGNY Store, LLC | Fairway Westbury LLC | PRODUCE | PRODUCE | 2 | $485.10 |
| LGNY Store, LLC | Fairway Westbury LLC | SEAFOOD | SEAFOOD | 1 | $102.00 |
| LGNY Store, LLC | Fairway Westbury LLC | SPECIALTY GROCERY | SPECIALTY GROCERY | 3 | $6,654.79 |
| LGNY Store, LLC | Fairway Bakery LLC | PRODUCE | PRODUCE XDOCK | 40 | $39,440.18 |
| LGNY Store, LLC | Fairway Bakery LLC | PRODUCE | PRODUCE XDOCK | 9 | $4,325.40 |

**In re LGNY Store, LLC**

**Question 4.6 Addendum - Schedule of Inventory Transferred to Fairway Group Central Service LLC**

| Company Name | Asset Description | Value |
|---|---|---|
| LGNY Store, LLC | Wood | $75,180.00 |
| LGNY Store, LLC | Lighting | $143,820.00 |
| LGNY Store, LLC | Pallet Racking | $73,710.00 |
| LGNY Store, LLC | Toilet Partitions | $8,660.00 |
| LGNY Store, LLC | Shelving | $135,850.00 |
| LGNY Store, LLC | Door locks & cylinders | $5,970.00 |
| LGNY Store, LLC | Juperano florenza | $10,880.00 |
| LGNY Store, LLC | Checkstands | $62,730.00 |
| LGNY Store, LLC | Bakery Counter | $3,460.00 |
| LGNY Store, LLC | Coffee & Condiment Counter | $8,960.00 |
| LGNY Store, LLC | Bulk Bins | $20,630.00 |
| LGNY Store, LLC | Hand Dryers | $1,170.00 |
| LGNY Store, LLC | Monorail Systems | $1,810.00 |
| LGNY Store, LLC | Clear Acrylic Sheets | $3,710.00 |
| LGNY Store, LLC | Canopy fixtures | $6,790.00 |
| LGNY Store, LLC | Safes | $9,200.00 |
| LGNY Store, LLC | Shopping Carts & Hand Baskets | $25,400.00 |
| LGNY Store, LLC | Self facing grids & trays | $2,610.00 |
| LGNY Store, LLC | File Cabinets & folding chairs | $9,570.00 |
| LGNY Store, LLC | Coffee Barrels | $3,540.00 |
| LGNY Store, LLC | Chairs | $9,780.00 |
| LGNY Store, LLC | Beverage Counter | $2,310.00 |
| LGNY Store, LLC | Cabinet w/sink, doors, drawers | $2,640.00 |
| LGNY Store, LLC | Merchandising pans | $5,810.00 |
| LGNY Store, LLC | Butcher Block Table | $740.00 |
| LGNY Store, LLC | Butcher Block Tables | $2,150.00 |
| LGNY Store, LLC | Custom Stands | $8,970.00 |
| LGNY Store, LLC | Sinks & Faucets | $12,740.00 |
| LGNY Store, LLC | Bun Pan Cabinet, Can Openers, | $5,220.00 |
| LGNY Store, LLC | Bun Pan Cabinets | $1,710.00 |
| LGNY Store, LLC | Bun Pan Racks | $12,240.00 |
| LGNY Store, LLC | Digital Scales, Microwaves | $6,120.00 |
| LGNY Store, LLC | Waste Receptacle Units | $1,070.00 |
| LGNY Store, LLC | Orchard Bins | $7,180.00 |
| LGNY Store, LLC | Pot Racks | $1,370.00 |
| LGNY Store, LLC | Pressure Washer | $450.00 |
| LGNY Store, LLC | Ladders | $2,650.00 |
| LGNY Store, LLC | Security Cage | $520.00 |
| LGNY Store, LLC | U-Boat Trucks | $10,130.00 |
| LGNY Store, LLC | Display Stands | $1,110.00 |
| LGNY Store, LLC | Aluminum Dunnage Racking | $1,700.00 |
| LGNY Store, LLC | Bun Pan Cabinets | $720.00 |
| LGNY Store, LLC | Dunnage Racking | $8,510.00 |

| Company Name | Asset Description | Value |
|---|---|---|
| LGNY Store, LLC | Lockers | $2,960.00 |
| LGNY Store, LLC | Stainless Steel Work Tables | $660.00 |
| LGNY Store, LLC | Wall Shelving | $1,310.00 |
| LGNY Store, LLC | Cutting Boards | $2,270.00 |
| LGNY Store, LLC | Utility Sinks w/ Faucets | $670.00 |
| LGNY Store, LLC | Stainless steel tubing stand | $870.00 |
| LGNY Store, LLC | Aged beef case stand | $770.00 |
| LGNY Store, LLC | Stainless steel floor trough | $2,010.00 |
| LGNY Store, LLC | Mozzarella Station, | $12,570.00 |
| LGNY Store, LLC | Heavy duty swivel casters | $3,520.00 |
| LGNY Store, LLC | Register Sign Numbers | $3,770.00 |
| LGNY Store, LLC | Sliding Slicer tables w/ quick | $10,190.00 |
| LGNY Store, LLC | Stainless Steel Tables | $3,930.00 |
| LGNY Store, LLC | Glass and Aluminum Removal | $1,170.00 |
| LGNY Store, LLC | Chairs | $1,640.00 |
| LGNY Store, LLC | Cabinet Table Saw | $1,970.00 |
| LGNY Store, LLC | Ash Tray Receptacles | $1,370.00 |
| LGNY Store, LLC | Kwikstand Advertiser Steel | $2,890.00 |
| LGNY Store, LLC | Bakery Table Sets | $11,770.00 |
| LGNY Store, LLC | Banquette, Counters & | $29,440.00 |
| LGNY Store, LLC | Custom Trash Condiment Station | $6,790.00 |
| LGNY Store, LLC | Cash Bullets | $2,810.00 |
| LGNY Store, LLC | Sausage Cabinet | $1,880.00 |
| LGNY Store, LLC | Racks for Private Label Spices | $1,120.00 |
| LGNY Store, LLC | Fire Extinguishers | $1,610.00 |
| LGNY Store, LLC | Tempered Glass & Veneer Cherry | $2,210.00 |
| LGNY Store, LLC | Storefront Renovations | $7,010.00 |
| LGNY Store, LLC | Produce Carts | $860.00 |
| LGNY Store, LLC | Orchard Bins | $1,360.00 |
| LGNY Store, LLC | Shrimp Tables | $1,200.00 |
| LGNY Store, LLC | Produce Stands | $22,110.00 |
| LGNY Store, LLC | ROTISSERIE OVEN/SPITS | $12,260.00 |
| LGNY Store, LLC | Seafood Display Case | $60,670.00 |
| LGNY Store, LLC | Espresso Machine, | $23,430.00 |
| LGNY Store, LLC | Floor Scrubber | $14,060.00 |
| LGNY Store, LLC | Electric Shopping Carts | $3,730.00 |
| LGNY Store, LLC | Coffee Grinders | $7,380.00 |
| LGNY Store, LLC | Trifecta Coffee Machine | $1,070.00 |
| LGNY Store, LLC | Oven Inferno 3500 Double deck | $31,000.00 |
| LGNY Store, LLC | Ice merchandisers | $8,980.00 |
| LGNY Store, LLC | P12 Natural Gas Roaster | $35,410.00 |
| LGNY Store, LLC | Work Top Refrigerators | $51,560.00 |
| LGNY Store, LLC | Manual Gravity Feed Slicers | $28,290.00 |
| LGNY Store, LLC | Electric Powered Forklifts | $14,650.00 |
| LGNY Store, LLC | Manual Pallet Jacks | $1,170.00 |

| Company Name | Asset Description | Value |
|---|---|---|
| LGNY Store, LLC | Pot, Pan & Utensil Washer | $19,620.00 |
| LGNY Store, LLC | Tilting Skillet Braising Pan | $18,670.00 |
| LGNY Store, LLC | Eco-Safe 1200 Recycling Machin | $28,420.00 |
| LGNY Store, LLC | Electric Cutter, Charbroiler, | $35,170.00 |
| LGNY Store, LLC | Meat Grinder | $4,420.00 |
| LGNY Store, LLC | Reach-In Under Counter Refrig. | $1,630.00 |
| LGNY Store, LLC | Pastry Case (2), | $21,990.00 |
| LGNY Store, LLC | Reed 15 pan bagel oven | $28,510.00 |
| LGNY Store, LLC | Blodgett Ovens (3), | $96,090.00 |
| LGNY Store, LLC | Quick Chiller | $12,540.00 |
| LGNY Store, LLC | Bread Slicers (2), Gas Oven, | $63,720.00 |
| LGNY Store, LLC | Patty Machines | $24,450.00 |
| LGNY Store, LLC | Bread Slicers (2) | $10,480.00 |
| LGNY Store, LLC | Walk-In-Coolers | $113,610.00 |
| LGNY Store, LLC | Sausage Stuffer | $5,080.00 |
| LGNY Store, LLC | Cube Ice Maker | $1,970.00 |
| LGNY Store, LLC | Pop Corn Popper, Mini Chip | $3,110.00 |
| LGNY Store, LLC | Robot Coupe Food Processor | $920.00 |
| LGNY Store, LLC | Mediterranean Bar, Olive Bar, | $148,120.00 |
| LGNY Store, LLC | Mediterranean Bar, | $31,530.00 |
| LGNY Store, LLC | Service Bakery Merchandisers | $65,060.00 |
| LGNY Store, LLC | Miller Electric Wireless Machi | $1,260.00 |
| LGNY Store, LLC | Refrigerated Cases | $70,170.00 |
| LGNY Store, LLC | Refrigerated Cases | $87,470.00 |
| LGNY Store, LLC | Refrigerated Cases | $140,840.00 |
| LGNY Store, LLC | Refrigerated Cases | $67,730.00 |
| LGNY Store, LLC | Refrigerated Cases-P000110854, | $448,830.00 |
| LGNY Store, LLC | Refrigerated Cases | $8,080.00 |
| LGNY Store, LLC | Refrigerated Cases | $9,780.00 |
| LGNY Store, LLC | Bumpers for Refrigerated Cases | $7,180.00 |
| LGNY Store, LLC | Refrigerated Cases | $8,760.00 |
| LGNY Store, LLC | Forklift | $17,010.00 |
| LGNY Store, LLC | Freezer/Cooler Convertible | $6,420.00 |
| LGNY Store, LLC | Peanut Butter Machines | $3,990.00 |
| LGNY Store, LLC | Magic Pop Machines | $10,310.00 |
| LGNY Store, LLC | Falcon Motion Sensor | $1,490.00 |
| LGNY Store, LLC | Panini Grills | $1,700.00 |
| LGNY Store, LLC | Meat Tenderizer | $1,890.00 |
| LGNY Store, LLC | Hobart Scales (28) | $82,720.00 |
| LGNY Store, LLC | Access Wrapping System | $37,360.00 |
| LGNY Store, LLC | Spot Cooler | $300.00 |
| LGNY Store, LLC | Transp. of Refrigerated Cases | $6,820.00 |
| LGNY Store, LLC | Graphics Desktops | $3,450.00 |
| LGNY Store, LLC | Desktops (25), | $10,590.00 |
| LGNY Store, LLC | MX5141N Printer | $4,070.00 |

| Company Name | Asset Description | Value |
|---|---|---:|
| LGNY Store, LLC | XPE 8.4" Tablets | $8,390.00 |
| LGNY Store, LLC | FD200 Credit Card Machines | $930.00 |
| LGNY Store, LLC | Pin Pads | $9,990.00 |
| LGNY Store, LLC | NCR Scanner/Scales, USB Cables | $9,380.00 |
| LGNY Store, LLC | Jetscan Counterfeit Detector | $3,710.00 |
| LGNY Store, LLC | Graphics Software | $3,980.00 |
| LGNY Store, LLC | Scanner Guns | $760.00 |
| LGNY Store, LLC | Customer's Monitors (25) | $3,960.00 |
| LGNY Store, LLC | Register System | $76,910.00 |
| LGNY Store, LLC | Thermal Printers | $6,410.00 |
| LGNY Store, LLC | Deckhand 500 LB. Digital Scale | $1,640.00 |
| LGNY Store, LLC | Laminator, Designjet Printer | $11,570.00 |
| LGNY Store, LLC | HP LJ P3015DN Printer | $510.00 |
| LGNY Store, LLC | Widmer Electric Time Stamp | $500.00 |
| LGNY Store, LLC | Avocent Console | $700.00 |
| LGNY Store, LLC | Pinpads | $1,560.00 |
| **TOTAL……………………………………………………..** | | **$3,072,090.00** |

**FAIRWAY LAKE GROVE, LLC**
<u>**JOINT WRITTEN CONSENT OF THE BOARD OF MANAGERS
AND THE MEMBER**</u>

November 30, 2016

The undersigned, being the members of the Board of Managers (the "<u>Board</u>") and the sole member (the "<u>Member</u>") of Fairway Lake Grove LLC, a Delaware limited liability company (the "<u>Company</u>"), do hereby, by signing this instrument: (i) consent to taking action on the following resolutions; (ii) indicate the undersigned's vote in favor of such resolutions; and (iii) direct that this consent be filed with the minutes of the proceedings of the Board.

**WHEREAS**, the Board believes that it is advisable and in the best interests of the Company to amend its Certificate of Formation to change the name of the Company to "LGNY Store, LLC" (the "<u>Name Change</u>");

**WHEREAS**, the Board and the Member have reviewed information regarding (i) the Company's assets, liabilities, and liquidity, (ii) the strategic alternatives available to the Company and (iii) the potential impacts of the foregoing on the Company's business; and

**WHEREAS**, the Board and the Member have reviewed and evaluated the financing and restructuring alternatives available to the Company, and the Board and the Member have determined that it is in the best interests of the Company, its equityholders, its creditors, and other parties in interest for the Company to file a voluntary petition seeking relief under chapter 7 of title 11 of the United States Code (the "<u>Code</u>").

**NOW, THEREFORE, BE IT RESOLVED**, that the Name Change be, and it hereby is, authorized and approved and, in connection therewith, that John E. Murphy, in his capacity as a duly appointed officer of the Company (the "<u>Authorized Officer</u>"), is authorized to amend the Certificate of Formation of the Company by filing a Certificate of Amendment of the Certificate of Formation of the Company with the Secretary of State of the State of Delaware;

**FURTHER RESOLVED**, that in the judgment of the Board and the Member, it is desirable and in the best interests of the Company, its creditors, equityholders, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 7 of the Code;

**FURTHER RESOLVED**, that the Authorized Officer is hereby authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under chapter 7 of the Code and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of New York at such time

as said officer executing the same shall determine and in such form or forms as the Authorized Officer may approve in he Authorized Officer's sole discretion;

**FURTHER RESOLVED**, that the law firm of Togut, Segal & Segal LLP be, and hereby is, employed as counsel for the Company in connection with the prosecution of the Company's case under chapter 7 of the Code;

**FURTHER RESOLVED**, that the Authorized Officer is authorized to prepare (or cause to be prepared), execute and file (or cause to be filed) any and all petitions, schedules, motions, lists, applications, pleadings, and other papers, to take any and all such other and further actions that the Authorized Officer or the Company's legal counsel may deem necessary, desirable or appropriate in connection with filing the voluntary petition for relief under chapter 7 of the Code and to take and perform any and all further acts and deeds which they deem necessary, proper or desirable in connection with the chapter 7 case;

**FURTHER RESOLVED**, that the Company be, and hereby is, authorized to pay all fees and expenses incurred by it or for its account in connection with the actions approved in any or all of the foregoing resolutions, and all actions related thereto, and the Authorized Officer is authorized, empowered and directed to cause the Company to make said payments as the Authorized Officer may deem necessary, appropriate, advisable or desirable, such payment to constitute conclusive evidence of he Authorized Officer's determination and approval of the necessity, appropriateness, advisability or desirability thereof; and

**FURTHER RESOLVED**, that to the extent that any of the actions authorized by any of the foregoing resolutions have been taken previously by the Authorized Officer or employees of the Company on its behalf, such actions are hereby ratified, approved and confirmed in their entirety.

*[Signature Page Follows]*

In witness whereof, the undersigned has executed this consent as of the date first written above.

**BOARD**:

_____

Kevin McDonnell

**MEMBER**:

FAIRWAY GROUP HOLDINGS CORP.

By: _____

Name: John E. Murphy

Title: Chief Executive Officer

## United States Bankruptcy Court
### Southern District of New York

In re    **LGNY Store, LLC**

_____    Case No. _____
                                    Debtor(s)    Chapter    **7**    _____

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is

true and correct to the best of my knowledge.

Date:    **December 2, 2016**
_____

/s/John E. Murphy
_____

**John E. Murphy/Chief Executive Officer**
Signer/Title

100% ALL NATURAL
202 FRONT STREET
SCHENECTADY, NY 12305


ACME RETAIL SYSTEMS
310 HUDSON STREET
HACKENSACK, NJ 07601


CDW DIRECT
200 N. MILWAUKEE AVE.
VERNON HILLS, IL 60061


CREDIT SUISSE AG, CAYMAN
ISLANDS BRANCH, AS ADMIN AGENT
ELEVEN MADISON AVENUE
NEW YORK, NY 10010


FAIRWAY GROUP CENTRAL SERVICE
LLC
2284 12TH AVENUE
NEW YORK, NY 10027


FAIRWAY GROUP HOLDINGS CORP.
2284 12TH AVENUE
NEW YORK, NY 10027


LAKE GROVE OWNERS, LLC
C/O PRESTIGE PROPERTIES AND DE
546 FIFTH AVENUE, 15TH FLOOR
NEW YORK, NY 10036


MITCHEL L MITCHEL WASTE SERVS
PO BOX 101
PORT JEFFERSON, NY 11777-0101


OFF-CAMPUS ADVANTAGE, LLC C/O
CBORD
61 BROWN ROAD
ITHACA, NY 14850


SABANERO NY DISTRIBUTION CORP
19-34 38TH STREET
ASTORIA, NY 11105

STCR BUSINESS SYSTEMS, INC.
10 PROSPECT STREET
ENDWELL, NY 13760


TELECHECK SERVICES, INC.
PO BOX 60028
CITY OF INDUSTRY, CA 91716-0028


VANTIV HOLDINGS LLC
8500 GOVERNORS HILL DRIVE
SYMMES TOWNSHIP, OH 45249

# United States Bankruptcy Court
## Southern District of New York

In re    LGNY Store, LLC _____    Case No. _____

_____ Debtor(s)    Chapter    **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    LGNY Store, LLC    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Blackstone Debt Advisors (GSO
Capital Partners)
345 Park Avenue
New York, NY 10154**
_____

**Brigade Capital Management LLC
399 Park Avenue
Suite 1600
New York, NY 10022**
_____

**Fairway Group Holdings Corp.
2284 12th Avenue
New York, NY 10027**
_____

**Goldman Sachs & Co.
200 West Street
New York, NY 10282**
_____

☐ None [*Check if applicable*]

**December 2, 2016**                              /s/Frank A. Oswald
_____        _____
Date

                                         Signature of Attorney or Litigant
                                         Counsel for    **LGNY Store, LLC**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In re:                                    )        Chapter 7
                                          )
LGNY STORE, LLC                           )        Case No.  16-
f/d/b/a FAIRWAY LAKE GROVE LLC,           )
f/d/b/a FAIRWAY MARKET (Trade Name)       )
                                          )
            Debtor.                       )
_____   )

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.      Pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b), I certify that my firm, Togut, Segal & Segal LLP (the "Togut Firm"), is counsel for the above-captioned debtor (the "Debtor") and that the aggregate compensation paid to Togut within one year before the filing of the petition in bankruptcy, or agreed to be paid to Togut, for services rendered on behalf of the Debtor in contemplation of or in connection with this bankruptcy case, is as follows:

- Prior to the filing of this statement (and the filing of this bankruptcy case) the Togut firm has received: $10,000.00.

2.      The source of the compensation paid to the Togut Firm was Fairway Group Central Services LLC, an affiliate of the Debtor.

3.      The source of the compensation to be paid to the Togut Firm:  N/A

4.      The Togut Firm has not agreed to share the above-disclosed compensation with any other person unless they are members and associates of the Togut Firm.

5.      In return for the above-disclosed fee, the Togut Firm agreed to render legal services for certain aspects of this bankruptcy case, including:

a.      Analysis of the Debtor's financial situation and rendering advice to the Debtor in determining whether to file a petition in bankruptcy;

b.      Preparation and filing of petition, schedules, statement of financial affairs and related documents as required;  and

       c.      Representation of the Debtor at the initial meeting of creditors.

    6.      By agreement with the Debtor, should the Togut Firm be requested or required to perform additional services in excess of $10,000 in connection with this case, the Togut Firm reserves its rights to seek additional fees for same.

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to the Togut Firm for representation of the Debtor in this bankruptcy proceeding.

Dated:      December 2, 2016
              New York, New York

                              TOGUT, SEGAL & SEGAL LLP
                              By:

                              */s/Frank A. Oswald*
                              FRANK A. OSWALD
                              *Counsel for the Debtor*
                              A Member of the Firm
                              One Penn Plaza, Suite 3335
                              New York, New York 10119
                              (212) 594-5000